JOHN D. HICKS et al., Respondents, *v.* JESSE TORRENCE MAGOUN, Appellant.

HARRY JOHNSON et al., Respondents.

*Hicks v. Magoun*, 38 App. Div. 573, affirmed.
(Argued April 23, 1901; decided May 7, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 16, 1899, affirming a judgment of Special Term entered upon the report of a referee in an action to foreclose a mechanic's lien.

*Henry A. Monfort* and *Eugene Fishel* for appellant.

*George M. Baker*, for plaintiffs, respondents.

*John De Witt Warner, Edward L. Frost, Timothy M. Griffing* and *Pierre M. Brown* for defendants, respondents.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, MARTIN, VANN and LANDON, JJ. Not sitting: CULLEN, J.

---

GEORGE G. WILLIAMS et al., Trustees under the Will of MARY MASON JONES, Deceased, Plaintiffs, *v.* CATHARINE L. O'CONOR JONES and MARY DE TROBRIAND, Respondents, and ALICE ISELIN et al., Appellants, Impleaded with Others.

(Submitted April 29, 1901; decided May 7, 1901.)

Motion to amend remittitur granted by adding thereto "payable out of the estate of Mary Mason Jones, deceased." The motion in other respects denied. (See 166 N. Y. 522.)